# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143871(52)

In re R.G. BRINKER IV, Minor.

SC: 143871
COA: 302305
Crawford CC Family Division
LC No. 09-003712-NA

_____/

On order of the Court, the motion for reconsideration of this Court's November 23, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2012

_____
Clerk

d0110